```
 1  Shari Rusk, Bar No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California 95818
 3  Tel: (916) 804-8656
    Email: Rusklaw@comcast.net
 4
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 14-206 JAM |
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE<br>) [Fed.R.Crim. Pro. 43] |
| vs. | ) Court:  Hon. Judge John A. Mendez |
| Richard O'Connell, | ) |
| Defendant. | ) |

    Mr. O'Connell hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence. The defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under 18 U.S.C. § 3161 – 3174 (the Speedy Trial Act), and authorizes her attorney to set times and delays under that act without his being present.  With the Court's permission, Mr. O'Connell respectfully requests that this Court accept his waiver of appearance when the statute deems his presence inessential and this Court consents.  The reason for this request is that Mr. O'Connell is working full time and does not want to jeopardize his livelihood for court appearances where counsel may reasonably stand in to set dates for inessential status conferences or other scheduling matters.

Dated: November 14, 2014          Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Richard O'Connell


                                  /s/ Richard O'Connell
                                  DEFENDANT
                                  Richard O'Connell


                                  **ORDER**

     IT IS SO ORDERED.

DATED: 11/17/2014


                                  /s/ John A. Mendez_____

                                  Hon. Judge John A. Mendez
                                  United States District Court Judge