```
Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br><br>Richard O'Connell,<br><br>      Defendant. | Case No.: CR.S. 14-206 JAM<br><br>STIPULATION & ORDER EXCLUDING TIME PURSUANT TO AGREEMENT TO DEFER PROSECUTION |

    It is hereby stipulated and agreed between plaintiff, United States of America, by and through its counsel of record Jill Thomas, and defendant, Richard O'Connell by and through his undersigned counsel of record as follows:

    On October 5, 2015 the parties signed a formal agreement to defer prosecution of the indictment against Mr. O'Connell for a period of twelve months. The agreement is attached hereto as Exhibit A.

    The Speedy Trial Act, 18 U.S.C. 3161, at subdivision (h)(2), excludes from computation of the time within which trial must commence "[a}ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to a written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

1  The parties agree and jointly request that the Court approve the
2  agreement pursuant to 18 U.S.C. 3161(h)(2) so that time under the
3  Speedy Trial Act may be excluded through October 4, 2016.
4  The parties further stipulate and request that, in light of the
5  agreement set forth herein, the Court vacate the status conference, as
6  to this defendant only, presently scheduled for October 13, 2015, and
7  set a control date of September 27, 2016 at 9:15 a.m.

Dated: October 5, 2015          Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Richard O'Connell



                                  By: Jill Thomas_____
                                      Jill Thomas
                                      Assistant United States Attorney


**ORDER**


The Court, having received, read and considered the deferred prosecution agreement and the parties' stipulation, hereby approves the deferred prosecution agreement and adopts the parties' stipulation in its entirety as its order.  The Court orders the time from the date of the deferred prosecution agreement, up to and including October 4, 2016, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(2) [prosecution deferred by mutual agreement], and Local Code T1.  It is further ordered that the October

13, 2015 status conference shall be vacated as to defendant Richard O'Connell only.  A control date is set for September 27, 2016, at 9:15 a.m.

DATED: October 5, 2015

                                      /s/ John A. Mendez
                                      Hon. Judge John A. Mendez
                                      United States Magistrate Court