Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 14-206 JAM |
| Plaintiff, | ) STIPULATION & ORDER TO AMEND<br>) CONDITIONS OF RELEASE |
| vs. | ) |
| Richard O'Connell, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed between plaintiff, United States of America, by and through its counsel of record Jill Thomas, and defendant, Richard O'Connell by and through his undersigned counsel of record as follows:

On October 5, 2015 the parties signed a formal agreement to defer prosecution of the indictment against Mr. O'Connell for a period of twelve months. For the past seven months Mr. O'Connell has been fully compliant. By stipulation of the parties, and with the agreement of pre-trial services, Mr. O'Connell no longer needs the previously imposed electronic monitoring condition or the previously imposed curfew. All other previously imposed conditions remain in effect. Those conditions are attached hereto as the "Second Amended Conditions

of Release."  The United States and Pre-trial Services are aware of, and in agreement with, this modification.

Dated: April 25, 2016          Respectfully submitted,


                                    __/s/ Shari Rusk___
                                      Shari Rusk
                                      Attorney for Defendant
                                      Richard O'Connell


                                    By: Jill Thomas_____
                                        Jill Thomas
                                        Assistant United States Attorney


**ORDER**

    It is so ordered that the conditions of electronic monitoring and curfew are no longer imposed.  All other previously imposed conditions remain in effect.

DATED: 4/26/2016


                                    /s/ John A. Mendez_____
                                    Hon. Judge John A. Mendez
                                    United States District Court Judge