PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD O'CONNELL,<br><br>Defendant. | CASE NO. 2:14-CR-206 JAM<br><br>GOVERNMENT'S MOTION TO DISMISS COUNT ONE AND THE FORFEITURE ALLEGATIONS IN THE INDICTMENT AS TO DEFENDANT RICHARD O'CONNELL AND ORDER |

The United States of America, through its attorney of record, Assistant United States Attorney Paul A. Hemesath, hereby moves for an order dismissing, with prejudice, Count One and the Forfeiture Allegations in the indictment against defendant RICHARD O'CONNELL, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: October 5, 2016                               PHILLIP A. TALBERT
                                                                       Acting United States Attorney

                                                            By:  /s/ PAUL A. HEMESATH
                                                                       PAUL A. HEMESATH
                                                                       Assistant United States Attorney

MOTION TO DISMISS                                          1

## FINDINGS AND ORDER

In light of the government's motion, Count One and the Forfeiture Allegations in the indictment against defendant RICHARD O'CONNELL are hereby DISMISSED with prejudice.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE